**UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
FEB 1 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.:**<br><br>07- 82 C |

**RULE 7.1 DISCLOSURE STATEMENT**

NOW COME plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and submits in duplicate its Disclosure Statement pursuant to RCFC 7.1:

Gulf Group has no known corporate parent and no publicly held company owns 10% or more of its stock.

Dated: January 31, 2007

Respectfully submitted,

MILLER & WILLIAMSON LLC

ILIAURA HANDS (LA # 23115)
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***