IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-82C |
| | ) | (Judge Marian B. Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Robert C. Bigler as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

Dated: February 14, 2007

s/ Robert C. Bigler
Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202.307.0315
Robert.Bigler@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this _14th_ day of February 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___s/ Robert C. Bigler___