# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | * | |
| v. | * | No. 07-82C<br>Filed: April 9, 2007 |
| UNITED STATES, Defendant. | * | |

## O R D E R

The court is in receipt of the parties' request for a 60-day stay to permit the contracting officer to issue a decision on a claim and/or settlement offer. The court encourages action by the parties which may resolve the case, but **DENIES** the motion for a stay at this time. Instead, the parties shall proceed with their efforts to settle and/or focus the issues in this case, and shall file a joint status report on or before **Friday, June 8, 2007**. The court **SCHEDULES** a status conference for **Thursday, June 14, 2007, at 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, and plaintiff's counsel will be reached at (504) 525-9800. Defendant shall not file an answer to the complaint until the status of the case is discussed during the June 14, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**