IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-82C (Judge Horn) |

## JOINT STATUS REPORT

Pursuant to the Court's order of April 9, 2007, the parties hereby file this Joint Status Report.

On or about December 15, 2005 Plaintiff submitted a "claim and settlement offer" to the contracting officer. Plaintiff contends that it is entitled to demurrage charges resulting from its delivery of bottled water to various camps for Operation Iraqi Freedom. After the contracting officer did not respond to plaintiff's "claim and settlement offer," as required under 41 U.S.C. §605(c)(1) and (3), plaintiff's claim was deemed denied under 41 U.S.C. §605(c)(5), for which plaintiff filed its complaint with this Court on February 1, 2007.

Counsel for the parties have discussed the matter, but are unable to resolve the matter at this time. In an attempt to focus the issues, the parties have focused upon whether the Government was the cause of the demurrage charges as plaintiff alleges in its complaint. Plaintiff alleges that the Government

required that the trucks carrying bottled water travel accompanied with Army convoys which were delayed by the fault of the Government, thereby causing delays that resulted in Gulf Group incurring demurrage charges which are the subject of its complaint.

The Government's position is that under the terms of the contract, delivery was Gulf Group's responsibility and that the contractor is liable for all equipment and personnel necessary to deliver the proper quantities and that the Government is not liable for demurrage charges, damages or delays caused during delivery.

As the parties will not be able to resolve this matter without conducting discovery. The parties recommend that the United States be given until July 6, 2007, to respond to the complaint.

Respectfully submitted,

s/ Iliaura Hands
ILIAURA HANDS
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504)525-9800

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M Hughes
TODD M. HUGHES
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

June 8, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2007, a copy of the foregoing "JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler