# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 07-82C**
**Filed: June 11, 2007**

## O R D E R

The court is in receipt of the parties' June 8, 2007 joint status report. The status conference previously scheduled for **Thursday, June 14, 2007, at 2:30 p.m. EDT** remains on the calendar. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, and plaintiff's counsel will be reached at (504) 525-9800. Defendant shall not file an answer to the complaint until the status of the case is discussed during the June 14, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**