# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,** **Plaintiff,** **v.** **UNITED STATES,** **Defendant.** * * * * * * * * * * * * * * | **No. 07-82C** **Filed: June 14, 2007** |

## O R D E R

The court held a status conference in the above-captioned case on June 14, 2007, with the parties appearing by telephone. After discussion at the status conference, defendant concluded and the court agreed that a certified claim was submitted by Gulf Group General Enterprises Company to the contracting officer, that the claim was deemed denied, and the court possesses jurisdiction to hear the plaintiff's claim. Also as discussed with the parties at the status conference, the following **SCHEDULE** is established. Defendant shall file its answer to the complaint on or before **Friday, July 6, 2007**. Discovery will close on or before **Friday, October 5, 2007**. A status conference is set for **Tuesday, October 16, 2007, at 2:30 p.m. EDT**. The parties may appear by telephone for the status conference. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, agency counsel will be reached at (703) 696-1618, and plaintiff's counsel will be reached at (504) 525-9800. The parties shall consult prior to the status conference, and be prepared to propose a schedule for resolution of the case. The parties shall not file a motion for summary judgment prior to discussion of the proposed motion(s) at the October 16, 2007 status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**