# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * | |
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-82C** |
| | **Filed: September 17, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the defendant's September 13, 2007 motion to suspend proceedings in the above-captioned case, pending the outcome of a criminal investigation. Plaintiff opposes the motion. Therefore, on or before **Friday, September 28, 2007**, **12:00 p.m. EDT**, plaintiff shall file a response to the defendant's motion to suspend proceedings. To further address the issue, the court **SCHEDULES** a status conference for **Monday, October 1, 2007, 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, agency counsel will be reached at (703) 696-1618, and plaintiff's counsel will be reached at (504) 525-9800. Discovery previously was scheduled to close by **Friday, October 5, 2007**, so the parties also shall be prepared to discuss the status of discovery. The need for the status conference previously scheduled for **Tuesday, October 16, 2007, 2:30 p.m. EDT**, to discuss future proceedings in the case, also will be reviewed at the October 1, 2007 status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**