# BPA CALL

| BPA MASTER NUMBER | BPA CALL NUMBER | DATE OF CALL | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0052 | 0002 | 30-Sep-2004 | |

ISSUED BY CODE W912D1
U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BLDG 216
CAMP ARIFJAN AE 09366

PAYMENT WILL BE MADE BY CODE

CONTRACTOR CODE
GULF GROUP GENERAL ENTERPRISES CO. W.L.L
SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE 2
SAFAT, KUWAIT 13077

SHIP TO CODE

See Line Items

Line Item Summary

Total Cost KWD235,200.00
Total Funding $840,000.00

Accounting and Appropriation Data

See Schedule

TEL. 011-965-389-2336
EMAIL: gloria.davis@arifjan.arcent.army.mil

BY: Gloria D Davis

CONTRACTING/ORDERING OFFICER

EXHIBIT
tabbies
1

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0003 | | | | 98,000.00 | EA | KWD2.40 | KWD235,200.00 |
| Bottle water | | | | PR: W91XRV42380402 | | Total Funded Amount : | $840,000.00 |

The contractor shall deliver 163, 680 cases of CENTCOM approved bottle water to Tallil. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".

Tallil: approximately 40,920 cases per week for 4 weeks.

Period of performance is 1 NOV thru 30 DEC.

The POC is SFC Hufnagle (DSN: 833-1124 or 833-1126).

Total Cost: KWD235,200.00

Legend:
EA - Each.

DELIVERY INFORMATION

0003 No delivery information

ACCOUNTING AND APPROPRIATION DATA

AA OIF21420100111004X000026FBPAMPS121219FG
AMOUNT: $840,000.00

CLIN/ACRN Cross Reference

| CLIN | ACRN | Amount |
|---|---|---|
| 0003 | AA | $840,000.00 |

# BPA CALL MODIFICATION

| BPA MASTER NUMBER | BPA CALL MOD NUMBER | DATE OF CALL MOD | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0052 | 000201 | 01-Nov-2004 | Net 30 |

| ISSUED BY CODE W912D1 | PAYMENT WILL BE MADE BY CODE S09076 |
|---|---|
| U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 216<br>CAMP ARIFJAN AE 09366 | ARCENT-KU-FINANCE SUPPORT UNIT<br>ATTN COMMERCIAL ACCOUNTS<br>FAX 965-468-5219; PHONE 965-468-2051<br>APO AE 09889-9900 |

| CONTRACTOR CODE | SHIP TO CODE |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L<br>SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE 2<br>SAFAT, KUWAIT 13077 | See Line Items |

| Line Item Summary | Total Cost KWD135,000.00<br>Total Funding $482,142.86 | Accounting and Appropriation Data<br>See Schedule |
|---|---|---|

[signature] TEL: 011-965-389-2335
EMAIL: gloria.davis@arifjan arcent.army mil

BY: Gloria D. Davis CONTRACTING/ORDERING OFFICER

| | NSN | Var in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0003 | | | | | 56,250.00 | EA | KWD2.40 | KWD135,000.00 |
| Bottle water | | | | PR: W91XRV42380402 | | | Total Funded Amount | $482,142.86 |

The contractor shall deliver 56250 cases of CENTCOM approved bottle water to Taji. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted"

Taji (185th) approximately 18,750 cases per week for 3 weeks.

Period of performance is 10 NOV thru 30 NOV 04.

The POC is CPT Bretthorst (DNVT 302-529-3521).

Total Cost: KWD135,000.00

Legend:
EA - Each

DELIVERY INFORMATION

0003

ACCOUNTING AND APPROPRIATION DATA

AA OIF21420100111004X000026FBPAMPS121219FG
AMOUNT: $482,142.86

CLIN/ACRN Cross Reference

| CLIN | ACRN | Amount |
|---|---|---|
| 0003 | AA | $482,142.86 |

# BPA CALL MODIFICATION

| BPA MASTER NUMBER | BPA CALL MOD NUMBER | DATE OF CALL MOD | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0052 | 000202 | 03-Nov-2004 | Net 30 |

| ISSUED BY CODE W912D1 | PAYMENT WILL BE MADE BY CODE S09076 |
|---|---|
| U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 215<br>CAMP ARIFJAN AE 09366 | ARCENT-KU-FINANCE SUPPORT UNIT<br>ATTN: COMMERCIAL ACCOUNTS<br>FAX 965-468-5219; PHONE 965-468-2051<br>APO AE 09889-9900 |

| CONTRACTOR CODE | SHIP TO CODE |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO W L L<br>SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE 2<br>SAFAT, KUWAIT 13077 | See Line Items |

| Line Item Summary | Total Cost KWD180,000.00<br>Total Funding $642,857.14 | Accounting and Appropriation Data<br>See Schedule |
|---|---|---|

Gloria D. Davis (signature)

TEL. 011-965-389-2335
EMAIL: gloria.davis@arifjan.arcent.army.mil

BY: Gloria D Davis CONTRACTING/ORDERING OFFICER

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0003 Bottle water | | | | 75,000.00 | EA | KWD2.40 | KWD180,000.00 |
| | | | PR: W91XRV42380402 | | | Total Funded Amount : | $642,857.14 |

The contractor shall deliver 75,000 cases of CENT.COM approved bottle water to Taji. The contractor is responsible to have all invoices signed at each location Each contracting officer representative shall sign the invoices as being "Received and Accepted"

Taji (185th) approximately 18,750 cases per week for 4 weeks

Period of performance is 5 NOV thru 30 NOV 04

The POC is CPT Bretthorst (DNVT: 302-529-3521).

Total Cost: KWD180,000.00

Legend:
EA - Each

)

DELIVERY INFORMATION

0003

ACCOUNTING AND APPROPRIATION DATA

AA OIF21420100111004X000026FBPAMPS121219FG
AMOUNT: $642,857.14

CLIN/ACRN Cross Reference

| CLIN | ACRN | Amount |
|---|---|---|
| 0003 | AA | $642,857.14 |