# BPA CALL

| BPA MASTER NUMBER | BPA CALL NUMBER | DATE OF CALL | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0052 | 0003 | 01-Dec-2004 | NET 30 |

| ISSUED BY | CODE W912D1 | PAYMENT WILL BE MADE BY | CODE S09076 |
|---|---|---|---|
| U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 216<br>CAMP ARIFJAN AE 09366 | | ARCENT-KU-FINANCE SUPPORT UNIT<br>ATTN: COMMERCIAL ACCOUNTS<br>FAX: 965-468-5219; PHONE 965-468-2051<br>APO AE 09889-9900 | |

| CONTRACTOR | CODE | SHIP TO | CODE |
|---|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L<br>SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE 2<br>SAFAT, KUWAIT 13077 | | See Line Items | |

| Line Item Summary | | | Accounting and Appropriation Data |
|---|---|---|---|
| | Total Cost | KWD180,000.00 | See Schedule |
| | Total Funding | $642,857.14 | |

John L. Cockerham for

BY: COCKERHAM, JOHN L. MAJ

TEL: 011-965-389-2136
EMAIL: john.cockerham@arifjan.arcent.army.mil

CONTRACTING/ORDERING OFFICER

tabbies EXHIBIT 2

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0003 TAJI H2O | | | | 75,000.00 | CA | KWD2.40 | KWD180,000.00 |
| | | | PR: W91XRV42380402 | | | Total Funded Amount : | $642,857.14 |

The contractor shall deliver 75,000 cases of CENTCOM approved bottle water to TAJI (185th). The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".

Taji (185th): approximately 18,750 cases per week for 4 weeks.

Period of performance is 1 Dec 04 thru 31 Dec 04.

The POC is CPT Bretthorst (DNVT: 302-529-3521).

Total Cost: KWD180,000.00

Legend:
CA - Case

DELIVERY INFORMATION

0003

## ACCOUNTING AND APPROPRIATION DATA

AA OIF21420100111004X000026FBPAMPS121219FG

AMOUNT: $642,857.14

## CLIN/ACRN Cross Reference

| CLIN | ACRN | Amount |
|---|---|---|
| 0003 | AA | $642,857.14 |