# BPA CALL

| BPA MASTER NUMBER | BPA CALL NUMBER | DATE OF CALL | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0052 | 0004 | 27-Dec-2004 | Net 30 |

| ISSUED BY CODE W912D1 | PAYMENT WILL BE MADE BY CODE |
|---|---|
| U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 216<br>CAMP ARIFJAN AE 09366 | |

| CONTRACTOR CODE | SHIP TO CODE |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L<br>SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE 2<br>SAFAT, KUWAIT 13077 | See Line Items |

| Line Item Summary | Total Cost | KWD315,000.00 | Accounting and Appropriation Data |
|---|---|---|---|
| | Total Funding | $1,125,000.00 | See Schedule |

John L Cockerham Jr

TEL: 011-965-389-2136

EMAIL: john.cockerham@arifjan.arcent.army.mil

BY: COCKERHAM, JOHN L. MAJ CONTRACTING/ORDERING OFFICER

EXHIBIT 3

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0003 | | | | 131,250.00 | CA | KWD2.40 | KWD315,000.00 |
| Water Delivery | | | PR: W91XRV42380402 | | | Total Funded Amount : | $1,125,000.00 |

Gulf Group General Enterprises Co W.L.L
The contractor shall deliver 75,000 cases of CENTCOM approved bottle water to TAJI (185th). The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
Taji (185th): approximately 18,750 cases per week for 4 weeks.
Period of performance is 1 Jan 05 thru 31 Jan 05.
The POC is CPT Bretthorst (DNVT: 302-529-3521).

Gulf Group General Enterprises Co W.L.L
The contractor shall deliver 56,250 cases of CENTCOM approved bottle water to TAJI (185th). The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
Taji (185th): approximately 18,750 cases per week for 3 weeks.
Period of performance is 1 Feb 05 thru 28 Feb 05.
The POC is CPT Bretthorst (DNVT: 302-529-3521).

Total Cost: KWD315,000.00

Legend:
CA - Case

## DELIVERY INFORMATION

0003

## ACCOUNTING AND APPROPRIATION DATA

AA OIF21420100111004X000026FBPAMPS121219FG
AMOUNT: $1,125,000.00

## CLIN/ACRN Cross Reference

| CLIN | ACRN | Amount |
|---|---|---|
| 0003 | AA | $1,125,000.00 |