# BPA CALL

| BPA MASTER NUMBER | BPA CALL NUMBER | DATE OF CALL | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0052 | 0005 | 01-Mar-2005 | Net 30 |

| ISSUED BY CODE W912D1 | PAYMENT WILL BE MADE BY CODE |
|---|---|
| U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 216<br>CAMP ARIFJAN AE 09366 | |

| CONTRACTOR CODE | SHIP TO CODE |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO W.L.L<br>SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE 2<br>SAFAT, KUWAIT 13077 | See Line Items |

| Line Item Summary | | | Accounting and Appropriation Data |
|---|---|---|---|
| | Total Cost | KWD240,000.00 | See Schedule |
| | Total Funding | $857,142.86 | |

[signature]
TEL 011-965-389-2127
EMAIL: roderick.sanchez@arifjan.arcent.army.mil
BY: Roderick Sanchez
CONTRACTING/ORDERING OFFICER

EXHIBIT 4

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|

Contract Level Funding - See Accounting Section

| | | | | | |
|---|---|---|---|---|---|
| 0001 | | 100,000.00 | CA | KWD2.40 | KWD240,000.00 |
| Taji | | | | | |

Gulf Group General Enterprises Co W.L.L
The contractor shall deliver 100,000 cases of CENTCOM approved bottle water to TAJI (68th). The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
Taji (68th): approximately 25,000 cases per week for 4 weeks.
Period of performance is 1 Mar 05 thru 31 Mar 05.
The POC is CPT Jordon (DNVT: 302-529-3521).

Total Cost: KWD240,000.00

Legend:
CA - Case

DELIVERY INFORMATION

0001

ACCOUNTING AND APPROPRIATION DATA

AA OIF21420100111004X000026FBPAMPS121219FG

AMOUNT: $857,142.86