UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L.<br><br>Plaintiff,<br><br>VERSUS<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant, | No. 07-82C<br>(Judge Horn) |

EXHIBIT 6

**PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and pursuant to Rule 36 of the Rules of the United States Court of Federal Claims ("RCFC") request that the defendant, the United States Government (hereinafter "the Government") admit the following within thirty (30) days after service at the offices of Miller & Williamson LLC., 3150 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163:

**DEFINITIONS**

"You" or "your" means The United States Government acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) and all representatives, offices, contracting officers, agents, employees or other parties acting its behalf.

"Document" means any written, recorded, photographic or graphic matter, however, produced or reproduced, including copies of any such matter. This includes copies of documents if a document was prepared in several copies or if additional copies were thereafter made, and if any such copies were not identical or are no longer identical by reason of subsequent notation and modification of any kind whatsoever, including, without limitation, notations on the front or back of any of the pages thereof, then each such non-identical copy is separate document and must be produced. If any requested document was but is no longer in your possession, custody or control, or if any such document was in existence but is no longer in existence, state what disposition was made or it, when such disposition took place, and the identity of the person(s) who ordered or authorized such disposition.

"Identify" or "identity" when used with respect to an individual means to state his full name, his status, capacity or job title at the time mentioned, and his present or last known employer, his present or last-known business and/or residential addresses, and his present

or last known business and residential telephone numbers if known.

"Identify" or "identity" when used with reference to a document means to state the type of document (e.g., letter, memorandum, telegram, catalog, report, statement, etc.), its date, author(s), its present location and identify the custodian of the original and each copy. It any such document was, but is no longer in your possession, custody or control, or if such document was in existence but is no longer in existence, state precisely what disposition was made of it, when such disposition took place, and the identity of the person(s) who ordered or authorized such disposition. Where an interrogatory seeks identification of documents which are within your possession, custody or control, it shall be a sufficient answer to such interrogatory for you to produce all of said documents which are requested to be identified. Documents produced pursuant to any interrogatory shall be labeled to indicate with specificity the interrogatory to which they respond, including the subpart if appropriate.

"Identify" or "identity" when used in reference to any entity over than an individual means to state the entity's name, address, and telephone number.

“Contract” means the Fixed Price Service Contract No. W912D1-04-A-0052 for the procurement and supply of CENTCOM approved bottled water to base camps for the Operation Iraq Freedom (OIF) entered into between the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) and Gulf Group on November 1, 2004.

**REQUEST FOR ADMISSION NO. 1:**

Admit that all U.S. Government contractors supplying bottle water to camps in Iraq were required to have their trucks carrying the bottle water travel to and from Iraq accompanied with the Government convoys.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Gulf Group was a U.S. Government contractor supplying bottle water to camps in Iraq between November 2004 and March 2005.

**REQUEST FOR ADMISSION NO. 3:**

Admit that at least between November 2004 and March of 2005 all deliveries of bottle water to camps in Iraq were made by the trucks traveling to and from Iraq with Army convoys.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you supplied Gulf Group with the schedules of the convoys traveling to and from Iraq

so Gulf Group's trucks carrying bottle water could travel to and from camp's in Iraq accompanied with the convoys.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you paid other Government contractors for their claims for demurrage incurred in the supply of bottle water to camps in Iraq prior to April 2005.

**REQUEST FOR ADMISSION NO. 6:**

Admit that all delays incurred by the trucks carrying Gulf Group's bottle water to and from camps in Iraq were caused as a result in delays by the Army convoys.

**REQUEST FOR ADMISSION NO. 7:**

Admit that you have no facts to support an allegation that the delays for which Gulf Group is now claiming demurrage charges were incurred by the fault of Gulf Group or any of its subcontractors.

**REQUEST FOR ADMISSION NO. 8:**

Admit that all delays incurred by the trucks carrying Gulf Group's bottle water to and from camps in Iraq and which form the basis of this litigation were caused as a result of the fault of the Government.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the attached Exhibit "1" contains Government convoys traveling to and from Iraq and Kuwait between November 2004 and August 2005 with which Gulf Group's trucks carrying bottle water traveled.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the Government increased the price charged by the Government Contractors for bottle water supplied to camps in Iraq in exchange for the contractors not submitting additional claims after April 1, 2005 for demurrage incurred in the delivery of bottle water to camps in Iraq.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the Government agreed to process Gulf Group's claims for demurrage incurred prior

to April 1, 2005 through the Government's claims process.

**REQUEST FOR ADMISSION NO. 12:**

Admit that a U.S. Government Contracting Officer Representative received Gulf Group's claim for demurrage incurred between November 1, 2004 and March 31, 2005.

**REQUEST FOR ADMISSION NO. 13:**

Admit that no U.S. Contracting Officer Representative process Gulf Group's claim for demurrage incurred between November 1, 2004 and March 31, 2005.

Dated: August 7, 2007

Respectfully submitted,

ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, and by delivering another copy via telefax this 7th day of August , 2007

ILIAURA HANDS

| Date | Convoy# |
|---|---|
| 06-Nov-04 | AHFJ312HN495 |
| 17-Nov-04 | AHFJ325HN468 |
| 19-Nov-04 | AHFJ325HN467 |
| 24-Nov-04 | AHFJ329HN462 |
| 24-Nov-04 | AHFJ330HN470 |
| 26-Nov-04 | AHFJ831HN477 |
| 28-Nov-04 | AHFJ344HN468 |
| 01-Dec-04 | AHFJ336HN490 |
| 06-Dec-04 | AHFJ341HN473 |
| 08-Dec-04 | AHFJ343HN841 |
| 09-Dec-04 | AHFJ345HN462 |
| 12-Dec-04 | AHFJ348HN490 |
| 13-Dec-04 | AHFJ351HN444 |
| 16-Dec-04 | AHFJ350HN488 |
| 20-Dec-04 | AHFJ355HN484 |
| 22-Dec-04 | AHFJ357HN457 |
| 01-Jan-05 | AHCB001HN452 |
| 02-Jan-05 | AHFJ002HN465 |
| 06-Jan-05 | AHFJ006HN456 |
| 10-Jan-05 | AHFJ010HN458 |
| 13-Jan-05 | AHFA013HN453 |
| 17-Jan-05 | AHFJ017HN454 |
| 19-Jan-05 | AHFJ020HN449 |
| 04-Feb-05 | AHFJ035HN456 |
| 11-Feb-05 | AHFJ047HN452 |
| 18-Feb-05 | AHFJ049HN457 |
| 25-Feb-05 | AHFJ058HN458 |
| 06-Mar-05 | AHFJ065HN453 |
| 08-Mar-05 | AHFJ073HN476 |
| 14-Mar-05 | AHFJ067HN452 |
| 17-Mar-05 | AHFJ076HN454 |
| 24-Mar-05 | AHFJ083HN457 |
| 27-Mar-05 | AHFJ086HN452 |
| 07-Apr-05 | AHFJ097HN461 |
| 12-Apr-05 | AHFJ102HN453 |
| 17-Apr-05 | AHFJ108HN453 |
| 25-Apr-05 | AHFJ115HN458 |
| 26-Apr-05 | AHFJ116HN457 |
| 28-Apr-05 | AHFJ118HN451 |
| 02-May-05 | AHFA122HN452 |
| 05-May-05 | AHFA125AN454 |
| 09-May-05 | AHFJ129HN452 |
| 11-May-05 | AHFJ131HN493 |
| 12-May-05 | AHFJ132HN453 |
| 13-May-05 | AHFJ133HN483 |
| 14-May-05 | AHFA134HN450 |
| 16-May-05 | AHFA136HN452 |
| 18-May-05 | AHFA138HN459 |
| 20-May-05 | AHFA140HN457 |
| 22-May-05 | AHFJ142HN452 |
| 26-May-05 | AHDH146HN457 |

EXHIBIT

tabbies

1

| | |
|---|---|
| 28-May-05 | AHFJ148HN451 |
| 29-May-05 | AHFJ149HN481 |
| 29-May-05 | AHDH149HN480 |
| 02-Jun-05 | AHFJ153HN457 |
| 04-Jun-05 | AHFJ155HN455 |
| 05-Jun-05 | AHFJ156HN453 |
| 07-Jun-05 | AHFJ158HN452 b |
| 07-Jun-05 | AHFJ158HN452 a |
| 09-Jun-05 | AHFJ160HN457 |
| 11-Jun-05 | AHFJ162HN461 |
| 13-Jun-05 | AHFJ164HN460 |
| 15-Jun-05 | AHFJ167HN475 |
| 18-Jun-05 | AHFJ169HN469 |
| 21-Jun-05 | AHFJ172HN454 a |
| 21-Jun-05 | AHFJ172HN454 b |
| 23-Jun-05 | AHFJ174HN452 |
| 27-Jun-05 | AHFJ178HN454 |
| 28-Jun-05 | AHFJ179HN469 |
| 29-Jun-05 | AHFJ180HN451 |
| 01-Jul-05 | AHFJ182HN459 |
| 03-Jul-05 | AHFJ184HN458 |
| 07-Jul-05 | AHFJ188HN454 |
| 10-Jul-05 | AHFJ191HN453 |
| 13-Jul-05 | AHFA194HN455 |
| 17-Jul-05 | AHFJ198HN455 |
| 20-Jul-05 | AHFJ201HN453 |
| 23-Jul-05 | AHFJ206HN452 |
| 27-Jul-05 | AHFJ208HN480 |
| 02-Aug-05 | AHFJ214HN459 |
| 04-Aug-05 | AHFJ216HN453 |
| 07-Aug-05 | AHFJ219HN453 |
| 11-Aug-05 | AHFJ223HN452 |
| 15-Aug-05 | AHFJ227HN453 |
| 20-Aug-05 | AHGK232HN462 |