**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Tel: (202)307-0315
Fax: (202)514-8624

DAB:RBIGLER
DJ No. 154-07-82

*Washington, D.C. 20530*

Via E-mail

September 17, 2007

Iliaura Hands, Esq.
Miller & Williamson LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

EXHIBIT
tabbles
10

Re: Gulf Group General Enterprises Co. W.L.L. v. U.S., No. 07-82 (Ct. Fed. Cl.)

Dear Ms. Hands:

As you know, on September 13, 2007, we filed a motion to stay the above-referenced litigation pending the outcome of a criminal investigation. In light of our motion to stay, we will not be responding to Gulf Group's outstanding written discovery until the Court rules on our motion to stay and any stay that is issued is lifted. In addition, while Gulf Group has noticed a Rule 30(b)(6) deposition for September 27, 2007, the Government will not appear for this deposition until the motion for stay is resolved.

If you have any questions, please contact me.

Very truly yours,

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch

cc: Maj. Patrick Gary