# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 07-82C**
**Filed: October 2, 2007**

## O R D E R

The court held a status conference on October 1, 2007 to discuss the defendant's September 13, 2007 motion to suspend proceedings in the above-captioned case, pending the outcome of a criminal investigation. After discussion and although the plaintiff opposes the motion, the court **GRANTS** the defendant's motion to stay the case. The defendant shall file a status report on **Monday, January 7, 2007** to discuss the status of the criminal investigation and whether it will be necessary to continue the stay beyond January. On **Monday, January 14, 2007**, the plaintiff shall file a status report in response to defendant's status report. In addition, the court cancels the status conference previously scheduled for **Tuesday, October 16, 2007, at 2:30 p.m. EDT**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**