# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 07-82C**
**Filed: October 11, 2007**

## O R D E R

The defendant shall file its status report in the above-captioned case on or before **Monday, January 7, 2008,** discussing the status of the criminal investigation and whether it will be necessary to continue the stay in the case beyond January, 2008. On **Monday, January 14, 2008**, the plaintiff shall file its status report in response to defendant's filing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**