IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | ) |
| v. | ) No. 07-82C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of October 11, 2007, defendant files this status report. On October 2, 2007, the Court granted the defendant's motion to suspend proceedings pending the outcome of a criminal investigation of plaintiff Gulf Group General Enterprises Co. W.L.L. ("Gulf Group").

Currently, representatives of Gulf Group are scheduled to meet with the prosecutors on January 8, 2008. In addition, Major Cockerham's criminal trial is currently scheduled to commence on April 21, 2008. As a result, the Government expects that a decision as to whether to proceed with criminal charges against Gulf Group will not be made until April, 2008. The defendant requests that these proceedings remain stayed until the criminal investigation is completed. Therefore, the defendant suggests that it be required to file a further status report on or before April 7, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

December 28, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, a copy of the foregoing "DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler