# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 07-82C**
**Filed: January 2, 2008**

**O R D E R**

The court is in receipt of the defendant's December 28, 2007 status report, requesting that the proceedings in the above-captioned case remain stayed until April, 2008 in order to allow the government to continue its evaluation of whether to proceed with criminal charges against the plaintiff. The court **GRANTS** the defendant's request to stay the case. The defendant shall file a status report on **Monday, April 7, 2008** to discuss the status of the criminal investigation and whether it will be necessary to continue the stay beyond April. On **Monday, April 14, 2008**, the plaintiff shall file a status report in response to defendant's status report.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**