# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * <br> **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,** <br><br> **Plaintiff,** <br> **v.** <br><br> **UNITED STATES,** <br><br> **Defendant.** <br> * * * * * * * * * * * * * * | **No. 07-82C** <br> **Filed: April 15, 2008** |

**O R D E R**

The court is in receipt of the defendant's April 7, 2008 status report, in which it is proposed that the stay in this case be continued, and the plaintiff's April 14, 2008 opposition to continuing the stay. To further address the issue, the court **SCHEDULES** a status conference for **Friday, April 18, 2008, 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, agency counsel will be reached at (703) 696-1618, and plaintiff's counsel will be reached at (504) 525-9800.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**