# In the United States Court of Federal Claims

* * * * * * * * * * * * * *
**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,** *

**Plaintiff,** *

**v.** * **No. 07-82C**
**Filed: May 1, 2008**

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference in the above-captioned case on April 18, 2008, with the parties appearing by telephone. Defendant's April 7, 2008 status report advised of a continuing criminal investigation potentially impacting this case, and proposed continuing the stay, pending completion of the investigation. Plaintiff opposed the stay in an April 14, 2008 filing. At the court's direction, defendant provided further input in an April 23, 2008 filing. Given the detail in the defendant's latest submission, and the defendant's proposal for a lengthy stay, through January 7, 2009, the court affords plaintiff the opportunity to respond to the defendant's April 23, 2008 filing. Plaintiff shall file its response on or before **Thursday, May 15, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**