EXHIBIT "A"

**Suresh**

---

**From:** Cockerham, John MAJ ARCENT-KU [John.Cockerham@arifjan.arcent.army.mil]
**Sent:** Sunday, October 09, 2005 10:22 AM
**To:** Suresh
**Subject:** FW: Bottle Water

Surresh here is an example from the previous email, I need it as an attachment with the original date that you all use on the first original letter that you sent on 3 Aril 05. I need two letters.
Thanks

From: "Cockerham, John MAJ ARCENT-KU" <John.Cockerham@arifjan.arcent.army.mil>

>Subject: Bottle Water
>Date: Tue, 5 Apr 2005 19:06:35 -0000
>
>Dear Vendors we have constantly been bombarded with Demurge charges and
>claims from trucks being tied up over 7 days or water held up at the border.
>Vehicles shot up or vehicles having to bring equipment back on the return
>trip. Therefore to elimate all the paperwork and cliams. The C-4 and I
>have sit down and calculated the average claims and came up with an average
>number of 2.578 KWD to cover the case of water, the delivery plus the
>demurge charges. This will make business easier for us and it will get your
>money quicker rather than the claims process. All previous claims prior to
>1 APR 05 will continue to be processed. We hope that you will find our
>offer more than accepted with the increase in your quote. Some will gain
>more other, sometimes this will be to the government economic advantage and
>other times it will be to the vendors advantage so it will balance out at
>the end. Thank you all
>
>Please Reply on your official company letter head that you accept the newly
>adjusted rate per case to cover these cost in exchange for not making any
>more demurge claims past 1 April 05.
>
>Please reply on your official company letterhead By 1200 hours tomorrow 6
>APR 05. You should have your own insurance.
>Phone 944-2847
>Thank You
>
>Major Cockerham

---

Express yourself instantly with MSN Messenger! MSN Messenger Download today it's FREE!