# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 07-82C**
**Filed: June 6, 2008**

## O R D E R

Defendant's April 7, 2008 status report advised of a continuing criminal investigation potentially impacting this case, and proposed continuing the stay in this case, pending completion of the investigation. Plaintiff opposed the stay in an April 14, 2008 filing. The court held a status conference on April 18, 2008, during which the issue was discussed, defendant provided further input in an April 23, 2008 filing, and plaintiff responded on May 15, 2008. The stay was further discussed with chambers staff on May 30, 2008. After careful review of the issue, the court is persuaded that the stay should continue at this time.

The court, nevertheless, is sensitive to plaintiff's concerns about the uncertainties and indefiniteness surrounding the investigation at issue, including the relationship of the investigation to the plaintiff and to the plaintiff's claims, and when the investigation will conclude. Defendant, therefore, shall submit periodic status reports on the investigation and its relationship to this case, with the first status report to be submitted on or before **Thursday, July 31, 2008**, with subsequent status reports due monthly, at the end of each month, and with the final status report due on or before **Wednesday, December 31, 2008**. Plaintiff may respond to any status report by leave of the court. Should the investigation conclude sooner, or should there be major developments impacting the above-captioned case, defendant shall so indicate in a filing within two days of the event. In addition, the court **SCHEDULES** status conferences for **Wednesday, October 8, 2008, 10:30 a.m. EDT**, and, if the investigation has not sooner concluded, for **Wednesday, January 7, 2009, 10:30 a.m. EST**. The parties may appear by telephone for both conferences. Unless otherwise notified, the court will contact plaintiff's counsel at (504) 525-9800, and defendant's counsel at (202) 307-0315. Defendant will be prepared to propose whether the stay should continue, and why.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**