# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-82C** |
| | **Filed: June 26, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |

* * * * * * * * * * * * * * *

## O R D E R

On June 25, 2008, the court received an unsolicited newspaper article, via facsimile, purporting to be from a San Antonio Express-News newspaper reporter. The article indicated that, contrary to filings and express statements submitted to this court by the government in the above-captioned case, Major Cockerham, whose actions may be at issue in the above-captioned case, entered a guilty plea on January 31, 2008. The government had previously asked for delay of discovery and stays in the above-captioned case, as well as other cases filed in this court, stating that Major Cockerham's trial had not taken place and might be further delayed. The court held a status conference on June 26, 2008, with the parties appearing by telephone. As a result of the discussion at the conference, the prior schedule laid out in the court's Order of June 6, 2008, including the filings and hearings, is vacated. Instead, on or before **Thursday, July 3, 2008**, upon his return to his office in Washington, DC earlier in the week, defendant's counsel shall file a detailed, and accurate, status report, with names, dates and places, addressing the purported basis for the current stay in this case, and detailing the correct facts with respect to the criminal prosecution of Major Cockerham, as well as the extent of knowledge defendant's counsel had regarding those facts. On or before **Thursday, July 10, 2008**, upon her return to her office from out of the country earlier in the week, plaintiff's counsel shall file a status report addressing all of the Gulf Group cases filed in this court, distinguishing the various cases and any relationship, and providing the current status of each case.

Furthermore, the court **SCHEDULES** a status conference for **Monday, July 14, 2008, 11:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (504) 525-9800, defendant's counsel at (202) 307-0315, and agency counsel at (571) 230-8914. The parties shall consult prior to the conference, and be prepared to propose how to proceed, with a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**