IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | ) |
| v. | ) No. 07-82C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT’S NOTICE OF FILING DECLARATION OF MARK W. PLETCHER

Pursuant to the Court’s order dated June 26, 2008, defendant, the United States, filed a status report on July 3, 2008. We included with the status report the declaration of Mark W. Pletcher with an electronic signature because Mr. Pletcher was out of town when he provided his final approval of the declaration. As a result, we hereby file the signed declaration which is attached to this notice.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

July 11, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2008, a copy of the foregoing “DEFENDANT’S NOTICE OF FILING DECLARATION OF MARK W. PLETCHER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler