# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 07-82C**
**Filed: July 14, 2008**

**O R D E R**

The court conducted a status conference in the above-captioned case on July 14, 2008, with the parties participating by telephone. The undersigned judge, and three other judges on this court, were misled by the United States Department of Justice, in that this court was told in status reports, in writing and in conference, that Major Cockerham's trial was variously scheduled/delayed/postponed, when, in fact, Major Cockerham had pled guilty earlier, on January 31, 2008. The stay in the above-captioned case was based on the representations of the Department of Justice. The court is disturbed that the Department of Justice chose to mislead the court rather than provide correct information in camera about the plea, which had been sealed, but understands that the attorney of record in the above-captioned case also was not informed properly. The court expects that, in the future, the court will not be intentionally and consciously misled by the Department of Justice. In this regard, the court can accommodate any initiative or way of proceeding to ensure that sensitive matters are not exposed, but properly protected.

Defendant continues, however, to request that the stay remain in place through the rest of 2008, due to a related, on-going investigation. Defendant's request is **PARTIALLY GRANTED**. The stay shall be continued until **Friday, September 12, 2008**, at which point the court will reconsider whether the stay should continue further. On or before **Friday, September 5, 2008**, defendant shall file a status report, indicating whether continuing the stay is requested. If so, the defendant shall provide justification to the court by a declaration from the principal prosecutor, which if necessary may be filed in camera. Defendant shall ensure that sensitive information is protected, and to that end, shall call my staff at (202) 357-6580 to effect any necessary protective measures. Plaintiff shall file a response on or before **Thursday, September 11, 2008, 12:00 p.m. EDT**. The court **SCHEDULES** a status conference for **Friday, September 12, 2008, 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (504) 525-9800, defendant's counsel at (202) 307-0315, and agency counsel at (703) 696-1564.

With respect to the other Gulf Group cases filed in this court, Nos. 06-835C, 06-853C, and 06-858C, the parties in the above-numbered case shall provide notice by electronic submission to the undersigned of any filings in those cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**