IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-82C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

On July 16, 2008, defendant, the United States, filed Defendant's Notice of Facts Supporting Continuation of the Stay and the Declaration of Mark W. Pletcher in Gulf Group General Enterprises Co., W.L.L., v. United States, case no 06-858. In accordance with the Court's order of July 14, 2008, we attach copies of these filings.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

July 22, 2008

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2008, a copy of the foregoing “DEFENDANT’S NOTICE OF FILING” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler