**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **No. 07-82C**<br>**(Judge Horn)** |

## GULF GROUP'S NOTICE OF FILING

Pursuant to this Court's Order dated July 14, 2008, Gulf Group herein gives notice that on this date it filed in the case currently pending before the Honorable Chief Judge Damich, case No. 06-958, a pleading entitled "Plaintiff's Response to Defendant's Notice of Facts Supporting Continuation of the Stay, and which is attached.

Respectfully submitted,

s / Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com
***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

Dated: July 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS