IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | ) |
| v. | ) No. 07-82C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S NOTICE OF FILING

On August 8, 2008, the parties filed a Joint Preliminary Status Report with appendix in Gulf Group General Enterprises Co., W.L.L., v. United States, case no 06-853. In accordance with the Court's order of July 14, 2008, we attach copies of these filings.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 305-7644

August 11, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2008, a copy of the foregoing “DEFENDANT’S NOTICE OF FILING” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler