IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO, W.L.L., | ) | |
| Plaintiff, | ) | No. 07-82C<br>(06-835; 06-853; 06-858)<br>(Consolidated)<br>(Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FACTS
SUPPORTING CONTINUATION OF THE STAY

In an order dated August 28, 2008, the Court consolidated case numbers 06-835, 06-853, and 06-858 under the lead case number 07-82. With the exception of case number 06-853, all of these cases are currently stayed pending the outcome of a related criminal investigation. Defendant, the United States, respectfully requests that the Court continue the stay in cases 06-835, 06-858, and 07-82, and that case number 06-853 also be stayed. We respectfully submit this notice to the Court, which describes the facts that support continuation of the stay of these cases.

As stated in the attached declaration of Brenda K. Morris, Principal Deputy Chief of the Public Integrity Section, Criminal Division of the Department of Justice, the Government has been conducting a long-running investigation into contracting illegality at Camp Arifjan, Kuwait. Morris Decl. ¶ 1. That investigation continues, and Ms. Morris states that it is unclear as to when the investigation will be concluded. Id. at ¶ 4. Moreover, the investigation goes beyond the activities of Major John Cockerham. Id. ¶ 1. Indeed, according to Ms. Morris, the investigation "encompasses dozens of individuals and companies suspected of giving and receiving bribes, rigging bids, and laundering the proceeds of their illegal activity." Id.

For the reasons stated in Ms. Morris's declaration, we respectfully request that the matters be stayed pending the completion of the criminal investigation. We further propose the Government submit a status report to the Court every 90 days, informing the Court of the status of the criminal investigation.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 305-7644

September 8, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FACTS SUPPORTING CONTINUATION OF THE STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler