IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | No. 07-82C |
| | ) | (Judge Horn) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF IN SUPPORT OF CONTINUING THE STAY

Comes now, the United States of America, by and through the undersigned attorney, Brenda K. Morris, Principal Deputy Chief, Public Integrity Section, Criminal Division, United States Department of Justice, and declare:

1. I am Brenda K. Morris, Principal Deputy Chief, Public Integrity Section, United States Department of Justice. I have supervised trial attorneys from the Public Integrity Section, who have been assigned to investigate and prosecute allegations of criminal misconduct by American citizens in Iraq and Kuwaitt. In conjunction with trial attorneys in the Antitrust Division, and federal agents from the Army, the Department of Defense, the Federal Bureau of Investigation, Internal Revenue Service, Department of Homeland Security, and the Special Inspector General of Iraq Reconstruction, we have conducted a long-running investigation into corruption and contract illegalities at Camp Arifjan, Kuwait. This investigation encompasses dozens of individuals and companies suspected of giving and receiving bribes, rigging bids, and laundering the proceeds of their illegal activity.

2. On January 31, 2008, in the case of United States v. Cockerham et al., 07-CR-511 before the Honorable W. Royal Furgeson, United States District Court Judge, Western District of

Texas, San Antonio Division, Major John Cockerham and Melissa Cockerham signed guilty pleas and agreed to cooperate with the ongoing investigation into corruption occurring in Kuwait and Iraq. John Cockerham pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371; one count of bribery, in violation of 18 U.S.C. § 201(b); and one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). Melissa Cockerham pled guilty to one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h).

3. Carolyn Blake, Cockerham's sister and co-defendant, maintains her innocence and is scheduled to begin trial in the Western District of Texas on October 27, 2008. The criminal investigation continues as to Gulf Group and numerous other subjects who may have given money or other things of value to Major Cockerham or assisted Major Cockerham in his criminal activity.

4. It is unclear as to when the criminal investigation involving the Cockerhams and Blake, as well as the ongoing related investigations involving the companies, will conclude. We will continue to keep the Department's CivilDivision apprised of the criminal court's scheduling of these matters.

Respectfully submitted,

WILLIAM M. WELCH, II
Chief

Dated: 9/5/08

[signature]

BRENDA K. MORRIS
Principal Deputy Chief
Public Integrity Section, Criminal Division
United States Department of Justice
10th and Constitution Avenue, NW
Washington, D.C. 20530