# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | | |
| v. | | Nos. 06-835C, 06-853C, 06-858C, 07-82C |
| UNITED STATES, Defendant. | | Filed: September 8, 2008 |

## O R D E R

Contrary to the earlier lead case designation, effective with the date of this order, the above-numbered cases shall be consolidated under lead case no. 06-835C, rather than case no. 07-82C. The court held a status conference for the above-numbered cases on September 8, 2008, with the parties appearing by telephone. As addressed at the conference, for the time being, the stays shall **CONTINUE** in case nos. 06-835C, 06-858C, and 07-82C. For consistency, defendant's request for a stay in case no. 06-853C is **GRANTED**. The stays will continue at least through the in camera conference discussed at the conference and scheduled for **Thursday, September 25, 2008, at 3:00 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W. 20005, at which point the stays will be re-evaluated for all of the cases. The in camera conference is necessary due to the lack of detail and specificity in the declaration from the Department of Justice provided to the court on September 8, 2008. Given the history of the requests for stays in these cases, the general declaration provided insufficient detail for the court to understand the necessity for the stays. At the in camera conference, an appropriate Department of Justice representative who is in a position to fully inform the court should explain why these four cases should not go forward, with particular emphasis on the specific overlap of these cases brought by Gulf Group General with ongoing investigations. It is not the desire of any court, including this one, to negatively impact ongoing criminal investigations. The purpose of the further inquiry, given the unfortunate history of prior representations made as part of earlier requests for the stays, is for the court to assure itself of the accuracy of the representations and the applicability of the information to the above-numbered cases.

On or before **Friday, September 12, 2008**, defendant shall advise chambers staff at (202) 357-6580 whether the September 25, 2008 in camera conference requires a secure courtroom and if not, the appropriate level of security; whether there is any objection

to the court using a court reporter, properly cleared if necessary, or the electronic digital recording system, to transcribe the conference; and whether the government's attorneys of record in the above-numbered cases will be attendance at the September 25, 2008 in camera conference. On or before **Friday, September 19, 2008**, defendant shall provide chambers staff with the names and positions of those who will be in attendance at the September 25, 2008 in camera conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn

**MARIAN BLANK HORN**
**Judge**